# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

| Dave Carty | **Repayment Agreement and Order** | No: 5:17-CR-00026-002 |
|---|---|---|

On May 20, 2019, Dave Carty was sentenced to 50 months imprisonment followed by a 36-month term of supervised release.

After a review of his financial status, the following repayment agreement has been reached with Mr. Carty. Please acknowledge your approval or disapproval of the proposed payment plan and sign below.

**FINE/RESTITUTION/SPECIAL ASSESSMENT REPAYMENT AGREEMENT:**

1. As a result of the judgment entered against me on May 20, 2019, I have been ordered to pay a total restitution of $1,920,853.36 and a special assessment of $100.00.

2. On February 1, 2022, I began my service of 36 months of supervised release. The mandatory assessment was satisfied on June 9, 2020. The current balance of my restitution is $1,900,349.75.

3. After reviewing my current income and my necessary monthly expenditures, the proposed repayment schedule has been agreed upon by all parties. Beginning on the 1st day of August, 2024, I will tender to the United States a certified check or money order, payable to the Clerk, U.S. District Court, in the amount of not less than $200.00 per month during the term of supervision.

_____          7/8/24
Dave Carty                                Date

_____          July 8, 2024
Todd D. Garrett, Supervising U.S. Probation Officer    Date

_____          07/18/2024
Assistant U.S. Attorney                   Date

**THE COURT ORDERS:**

☒ Approval   ☐ Disapproval

_____
Marc T. Treadwell
U.S. District Judge

8/2/24
Date